IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01436-WYD-MJW

PAINCARE ACQUISITION COMPANY XII, INC.,

Plaintiff(s),

v.

COLORADO PAIN SPECIALISTS, P.C. and
BRADLEY VILMS, M.D.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Join PainCare Holdings, Inc., as a Counterclaim Defendant (docket no. 13) is GRANTED pursuant to Fed. R. Civ. P. 13(h), 19 and 20.  PainCare Holdings, Inc., is joined as a Counterclaim Defendant and Defendants Colorado Pain Specialists, P.C. and Bradley Vilms, M.D. are granted leave to amend their counterclaims accordingly within 10 days from the date of this Minute Order and to serve the new counterclaim defendant forthwith with the amended counterclaims.

Date:  September 25, 2007