IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-01436-WYD-MJW

PAINCARE ACQUISITION COMPANY XII, INC.,

Plaintiff(s),

v.

COLORADO PAIN SPECIALISTS, P.C. and
BRADLEY VILIMS, M.D.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Order Affording Pre-Judgment, Confidential Inspection and Audit Rights with Respect to the Assets, Property and Business of Colorado Pain Specialists, P.C. (docket no. 24) is DENIED. In the subject motion, Plaintiff attempts to obtain what amounts to a "preliminary injunction" through Fed. R. Civ. P. 33, 34 and 35. Such attempt is without legal basis. The proper rule to seek a preliminary injunction is Fed. R. Civ. P. 65.

Date:  October 19, 2007