UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.: 07-cv-01436-WYD-MJW

PAINCARE ACQUISITION
COMPANY XII, INC.,

    Plaintiff,

v.

COLORADO PAIN SPECIALISTS, P.C.,
and BRADLEY VILIMS, M.D.

    Defendants.
_____/

### ORDER ON PAINCARE ACQUISITION COMPANY XII, INC.'S AND PAINCARE HOLDINGS, INC.'S MOTION TO COMPEL COUNTERPLAINTIFFS TO JOIN NECESSARY PARTY (Docket No 52)

**THIS CAUSE**, having come before the Court upon Plaintiff/Counterdefendants', PAINCARE ACQUISITION COMPANY XII, INC. and PAINCARE HOLDINGS, INC. Motion To Compel Counterplaintiffs To Join Necessary Party, and the Court having been advised in the premises,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff/Counterdefendants' Motion is hereby **GRANTED**.

Counterplaintiffs are required to join Scott Brandt, M.D. as a necessary party to this action within 20 days from the date of this Order.

Done and Ordered in Chambers on this 2nd day of January, 2008.

_____
U.S. DISTRICT COURT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

Copies furnished to:
    Counsel of record