IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01436-WYD-KMT

PAINCARE ACQUISITION COMPANY XII, INC.

    Plaintiff,

v.

COLORADO PAIN SPECIALISTS, P.C.,
BRADLEY VILIMS, M.D.,

    Defendant(s).

COLORADO PAIN SPECIALISTS, P.C.,
BRADLEY VILIMS, M.D.,

    Counter Claimants,

v.

PAINCARE HOLDINGS, INC., and
PAINCARE ACQUISITION COMPANY XII, INC.

    Counter Defendants.

## ORDER

This matter is before the court on "Defendant's Motion to Amend Answer to Plaintiff's Complaint" ["Motion," Doc. No. 55, filed December 31, 2007].

Defendant Colorado Pain Specialists, P.C. and Bradley Vilims, M.D. filed the above referenced motion with a certification pursuant to D.C.Colo.LCivR 7.1(A) that attempts had been made to confer with Plaintiff's counsel, Jason Gordon, but "counsel for Defendants did not receive a response prior to the filing of this Motion." Therefore, the time for filing a response

having passed with no objection from the plaintiff to the relief requested by the defendants, the court will conclude there is no objection to the Motion.

Wherefore, it is hereby ORDERED:

The Defendants' Motion to Amend Answer to Plaintiff's Complaint [Doc. No. 55] is hereby GRANTED. The "Defendants' Amended Answer to Plaintiff's Complaint," attached as Exhibit 1 to Doc. No. 55, will be filed.

Dated this 5th day of February, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge