IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01436-WYD-KMT

PAINCARE ACQUISITION COMPANY XII, INC.,

    Plaintiff,

v.

COLORADO PAIN SPECIALISTS, P.C. and
BRADLEY VILIMS, M.D.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Unopposed Motion to Vacate Hearing, filed June 3, 2008 is **GRANTED**. The hearing on Plaintiff/Counterdefendant, Paincare Acquisition Company XII, Inc.'s and Paincare Holdings, Inc.'s Motion to Dismiss set for Thursday, June 5, 2008, at 9:00 a.m. is **VACATED**.

    Dated: June 4, 2008